No. 345. JOY ET AL. *v.* HAGUE ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Claude L. Dawson* for petitioners. *Solicitor General Perlman,*

*Assistant Attorney General Morison* and *Morton Liftin* for respondents.